## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
        Plaintiff,

vs.                                                          Case No. 3:08cr83/LAC

**RAMAKRISHNA REDDY KALVAKUNILA**
        Defendant.

_____

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant RAMAKRISHNA REDDY KALVAKUNILA pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1), (a)(2)(B) and (b)(1), and Title 28, United States Code, Section 2461(c), the defendant's interests in any property, real or personal, involved in the violations set forth in Counts One, Two, Five and Six of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about October 8, 2008, the defendant RAMAKRISHNA REDDY KALVAKUNILA, pled guilty to Counts One, Two, Five and Six of the Indictment pursuant to a written plea and cooperation agreement outlining such forfeiture;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1),

(a)(2)(B) and (b)(1), and Title 28, United States Code, Section 2461(c) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That property which is subject to forfeiture in this Order is as follows:

   A. One 2002 silver Honda bearing Vehicle Identification Number 5FNRL18652B036168 registered to defendant RAMAKRISHNA REDDY KALVAKUNILA.

   B. $159,242 in U.S. currency seized from the residence of defendant RAMAKRISHNA REDDY KALVAKUNILA.

   C. $84,043.60 in the form of Official Bank Checks, seized from the residence of defendant RAMAKRISHNA REDDY KALVAKUNILA.

   D. $30,054 in U.S. currency seized from Sai Food Mart, 400 North Highway 29, Pensacola, Florida;

   E. $15,868.91 in U.S. currency seized from the account of Sai Food Mart, Inc. located in Wachovia Bank (now known as Wells Fargo and Company Bank) account number ending in 7256;

      F.      $33,831.37 in U.S. currency seized from the account of Sai Food Mart, Inc. at Wachovia Bank (now known as Wells Fargo and Company Bank) account number ending in 7379; and

      G.      $6,514.14 in U.S. currency seized from the account of RAMAKRISHNA REDDY KALVAKUNILA at Wachovia Bank (now known as Wells Fargo and Company Bank) account number ending in 3291.

3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, RAMAKRISHNA REDDY KALVAKUNILA, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure

IT IS SO ORDERED this 11th day of December, 2008

                      s/*L.A. Collier*
                      LACEY A. COLLIER
                      SENIOR UNITED STATES DISTRICT JUDGE